KENNETH W. CARR ET AL V. STATE

No. 33,699.  November 29, 1961
Motion for Rehearing Overruled January 10, 1962

*Toby Goldsmith,* Fort Worth, for appellants.

*Doug Crouch,* Criminal District Attorney, *G. V. M. Minton,* Assistant Criminal District Attorney, Fort Worth, and *Leon Douglas,* State's Attorney, Austin, for the state.

BELCHER, Judge.

This is an appeal from a final judgment entered against the appellants in a bond forfeiture proceeding.

The disposition hereof is controlled by the decision in Daniels et al v. State, No. 33,696, this day decided.   (Page 596) 352 S.W. 2d 267.

The judgment is affirmed.

Opinion approved by the Court.